Monty L. Greek (AZ Bar 015088)
Jonae A. Harrison (AZ Bar 021814)
**ZWILLINGER GEORGELOS & GREEK PC**
2425 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
TEL: (602) 224-7888
FAX: (602) 224-7889
E-mail: docket@zgglawgroup.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>Jackett Sedona LLC, an Arizona limited liability company; Jack Jakosky, a California citizen; Terry C. Hackett, a California citizen; Larry Tucker, a California citizen,<br><br>Defendants. | No. 08-120<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Transamerica Life Insurance Company, an Iowa corporation, in compliance with the provisions of:

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must

1

file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  _____*Relationship* _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* _____ *Relationship*_____

☒ Other (please explain)   The parent of Transmerica Life Insurance company is AEGON USA, Inc., a Delaware corporation.  All of the stock of AEGON USA, Inc. is owned by AEGON N.V., which is in essence a corporation as organized under the law of the Netherlands.  The shares of AEGON N.V. are publicly traded on the NYSE and on other international exchanges.

1 **A supplemental disclosure statement will be filed upon any change in the**
2 **information provided herein.**
3     DATED this 18th day of January, 2008.

                                        **ZWILLINGER GEORGELOS & GREEK PC**

                      By:   /s/ Monty L. Greek
                           Monty L. Greek
                           2425 E. Camelback Rd., Suite 600
                           Phoenix, Arizona 85016
                           Attorneys for Plaintiff Transamerica Life
                           Insurance Company

ORIGINAL filed electronically via
CM/ECF this 18th day of January, 2008.

/s/ NHBrockman

::ODMA\PCDOCS\ZGLAWDM\983106\1

3